IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JACOB BARRETT,

    Plaintiff,

v.

NATHAN WARREN, et al.,

    Defendants.

Case No. 6:22-cv-00659-YY

ORDER

YOU, Magistrate Judge

    IT IS ORDERED that Plaintiff's Motion to Dismiss (ECF No. 34) this case is GRANTED. The case is DISMISSED, with prejudice.

    DATED this  20th  day of April, 2023.

    /s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge

1 - ORDER